**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7127**

DERRICK D. BOGER,

　　　　　Plaintiff - Appellant,

　　　v.

ROY COOPER, Governor; W. DAVID GUICE, Commissioner of Prisons;
GEORGE T. SOLOMON, Director of Prisons; SUSAN WHITE, Superintendent,
Alexander Correctional,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at
Statesville. Frank D. Whitney, Chief District Judge. (5:17-cv-00141-FDW)

Submitted: January 30, 2018　　　　　　　　　　　Decided: February 1, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Derrick D. Boger, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick D. Boger appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boger v. Cooper*, No. 5:17-cv-00141-FDW (W.D.N.C. Aug. 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*